Abbas Kazerounian (SBN 249203)
az@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
(800) 400-6808 Telephone
(800) 520-5523 Facsimile

Attorneys for Plaintiff

Joshua Swigart, Esq. (SBN 22557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq. (SBN 225886)
HYDE AND SWIGART
2221 Camino Del Rio South, Suite 101
Can Diego, CA 92108
(619) 233-7770 Telephone
(619) 297-1022 Facsimile

Attorneys for Plaintiff

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
CARLSON & MESSER LLP
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
SOCIAL AGENCY, INC., A.K.A
LOCAL HYPE 365

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Melingonis, Individually and on behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Social Agency, Inc., A.K.A. Local Hype 365,<br><br>　　　　Defendant. | CASE NO. 3:17-CV-00624-JAH-JMA<br><br>**NOTICE OF SETTLEMENT** |

　　PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 60 days from the date of this notice.

1  In light of the settlement, the parties respectfully request that the Court take
2  off calendar all future hearing dates in this case.
3
4  DATED:  April 21, 2017                    KAZEROUNI LAW GROUP, APC
5
6                                     By:     s/Abbas Kazerounian
7                                             Abbas Kazerounian
                                               Attorneys for Plaintiff
8
9  DATED:  April 21, 2017                    CARLSON & MESSER LLP
10
11                                    By:     s/Alex A. Wade
                                               David J. Kaminski
12                                             Alex A. Wade
                                               Attorneys for Defendant
13                                             SOCIAL AGENCY, INC., A.K.A
                                               LOCAL HYPE 365
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00065683;1}                         2
                                                        NOTICE OF SETTLEMENT
                                                        CASE NO. 3:17-CV-00624-JAH-JMA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix his electronic signature to this document.

DATED: April 21, 2017             CARLSON & MESSER LLP

                         By:    s/Alex A. Wade
                                David J. Kaminski
                                Alex A. Wade
                                Attorneys for Defendant
                                SOCIAL AGENCY, INC., A.K.A
                                LOCAL HYPE 365