# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Melingonis, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Social Agency, Inc., A.K.A. Local Hype 365,<br><br>Defendant. | Case No.: 3:17-cv-0624-JAH-JMA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JOHN A. HOUSTON** |

Based upon the Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of in action.

IT IS SO ORDERED.

Dated: May 9, 2017

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

**HYDE & SWIGART**
San Diego, California